## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DYWANE HENSON**                                                          **PLAINTIFF**
**#13476-22**

**V.**                           **NO. 4:23-cv-00137-LPR-ERE**

**ALLEN,** *et al.*                                                       **DEFENDANTS**

### RECOMMENDED DISPOSITION

## I.    Procedures for Filing Objections:

This Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

## II.    Discussion:

Dywane Henson, formerly an inmate in the Pulaski County Regional Detention Facility ("Detention Facility"), filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*. Mr. Henson is currently proceeding on: (1) an excessive force claim against Defendants Allen and Rimmer arising from an incident that occurred on December 22, 2022; and (2) a medical deliberate indifference claim against

Defendants Allen, Rimmer, Boguard, Goshen, Higgins, and Lambert based on their failure to provide him medical care following the December 22 incident. *Docs. 9, 10.*

On June 1, Mr. Henson filed a notice of change of address indicating that he had been released from custody and was currently residing at a private address. *Doc. 24.* In light of his release, it was unclear whether Mr. Henson was still entitled to proceed IFP.[1]

On June 12, the Court directed the Clerk of Court to send Mr. Henson a free-world IFP application and ordered him to either: (1) return a completed IFP application; or (2) pay the $402.00 filing fee.[2] *Doc. 26.* The Court's Order specifically warned Mr. Henson that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id.*

To date, Mr. Henson has not submitted a free-world IFP application, and the time to do so has passed.

In addition, Mr. Henson's mail from the Court has been returned as "undeliverable." *Docs. 27, 28.* Mr. Henson has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order.

---

[1] According to the Court's records, Mr. Henson has not made any payments toward the filing fee that the Court assessed in March 2023. *Doc. 8.*

[2] Because Mr. Henson has been released, he no longer qualifies for the reduced fee of $350.00

*Doc. 3.* As a result, the Court has no way to communicate with Mr. Henson regarding his lawsuit.

## III.  <u>Conclusion</u>

IT IS THEREFORE RECOMMENDED THAT:

1.      Mr. Henson's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's June 12, 2023 Order; (2) submit a completed free-world IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2.      The Clerk be instructed to close this case.

Dated 17 July 2023.


_____
UNITED STATES MAGISTRATE JUDGE